Joseph Lavi, Bar No. 209776
jlavi@lelawfirm.com
Vincent C. Granberry, Bar No. 276483
vgranberry@lelawfirm.com
Jeffrey D. Klein, Bar No. 297296
jklein@lelawfirm.com
Daniel C. Keller, Bar No. 332576
dkeller@lelawfirm.com
LAVI & EBRAHIMIAN, LLP
8889 W. Olympic Boulevard, Suite 200
Beverly Hills, California 90211
Telephone:    (310) 432-0000
Facsimile:    (310) 432-0001

Attorneys for Plaintiff
THOMAS S. MONCTON

Joshua D. Kienitz, Bar No. 244903
jkienitz@littler.com
LITTLER MENDELSON, P.C.
Treat Towers, 1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone:    925.932.2468
Facsimile:    925.946.9809

P. Dustin Bodaghi, Bar No. 271501
dbodaghi@littler.com
Alejandra Gallegos, Bar No. 340320
agallegos@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road, Suite 800
Irvine, California 92612
Telephone:    949.705.3000
Facsimile:    949.724.1201

Attorneys for Defendant
CONTRA COSTA ELECTRIC, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS S. MONCTON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA ELECTRIC, INC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 01-25-cv-00943-KES-EPG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS AND REMAND**<br><br>Docs. 11, 27 |

ORDER GRANTING JOINT MOTION TO DISMISS AND REMAND

**ORDER**

Pursuant to the Joint Motion to Dismiss and Remand, Doc. 27, submitted by Plaintiff THOMAS S. MONCTON ("Plaintiff") and Defendant CONTRA COSTA ELECTRIC, INC. ("Defendant"), and good cause appearing therefore, it is hereby Ordered:

1. The following causes of action in Plaintiff's Complaint are hereby dismissed without prejudice: (2) Failure to Authorize or Permit Meal Periods (Cal. Lab. Code §§ 512, 226.7); (3) Failure to Authorize or Permit Rest Periods (Cal. Lab. Code § 226.7); and (4) Failure to Indemnify Business Expenses (Cal. Lab. Code § 2802). Each party shall bear all of its own attorneys' fees and costs in accordance with the terms of the agreement between the Parties.

2. This matter is hereby remanded to the Superior Court of the State of California for the County of Kings.

3. All deadlines and hearings in this Court are vacated.

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  December 9, 2025

_____
UNITED STATES DISTRICT JUDGE